**STATE of Missouri, Respondent,**

v.

**Marion L. ARRINGTON, Appellant.**

**No. ED 101063**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: March 3, 2015

Margaret M. Johnson, 1000 West Nifong, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Gregory L. Barnes, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Lawrence Mooney, P.J., Clifford H. Ahrens, J., and Lisa Van Amburg, J.

## ORDER

### PER CURIAM

Marion Arrington (Defendant) appeals from the judgment of the trial court entered after a jury convicted him of first-degree murder and armed criminal action.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).